UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEE BURRELL,<br><br>        Plaintiff,<br><br>    v.<br><br>JO-ANNA NIEVES, et al.,<br><br>        Defendants. | Case No. 23-cv-05246-JD<br><br>**JUDGMENT** |

Pursuant to the order of dismissal signed today, this case is dismissed.

**IT IS SO ORDERED.**

Dated: April 29, 2024

JAMES DONATO
United States District Judge